Argued and submitted October 23, remanded in part with instructions; otherwise affirmed December 17, 1997

STATE OF OREGON,
*Respondent,*

*v.*

DONNA LEE MacPHERSON,
*Appellant.*

(95-06-35979; CA A91887)

950 P2d 417

Daniel A. Cross argued the cause for appellant. With him on the brief was Saxon, Marquoit, Bertoni & Todd.

Janet A. Klapstein, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

Defendant appeals from a judgment convicting her of two counts each of manufacture, delivery and possession of a controlled substance. She raises four assignments of error.

On the same record now before us, identical issues of fact and law were raised and decided in a codefendant's case, *State v. Wright*, 150 Or App 159, 945 P2d 1083 (1997). We resolve them in the same manner in this case.

Remanded for entry of an amended judgment, merging the conviction in counts 1 and 2, counts 3 and 4, and counts 5 and 6, and for resentencing; otherwise affirmed.